

**Entered on Docket**
**December 15, 2010**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**
_____

JERI COPPA-KNUDSON, Trustee
3495 LAKESIDE DRIVE, PMB #62
RENO, NV. 89509-4841
(775) 329-1528
jcoppa-knudson@epitrustee.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:** | CASE NO. BK-N-10-50254 |
| **MCLEOD, PETER MORGAN** | CHAPTER 7 |
| | **ORDER OF DISMISSAL** |
| **Debtor(s).** | HEARING DATE:  12/03/2010 |
| _____/ | HEARING TIME:  3:00 P.M. |

    A hearing on Trustee's Motion and Notice for Order Dismissing Bankruptcy Case for Non-Compliance of Title 11, Section 521(4) having been held on the 3rd day of December 2010, because Peter Morgan McLeod has failed to comply with Bankruptcy Rule 4002 (1) and (4), as well as 11 U.S.C. Section 341 and Fed. R. Bank. P. 2003(a) the Trustee having appeared and for good cause appearing therefore;

    **IT IS HEREBY ORDERED** that an Order of Dismissal be entered for the above-captioned case.

    **IT IS FURTHER ORDERED** that this case is **DISMISSED.**

Submitted by:

/s/ Jeri Coppa-Knudson
Jeri Coppa-Knudson, Trustee

###